**Order entered April 22, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01284-CR

**CARNELL LEE GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-62651-Y**

## ORDER

The Court **REINSTATES** the appeal.

On March 18, 2014, we ordered the trial court to make findings of fact regarding why the clerk's and reporter's records have not been filed. We **ADOPT** the findings that: (1) appellant is indigent and represented by court-appointed counsel; (2) counsel requested preparation of the records on October 1, 2013; (3) official court reporter Sharon Hazlewood's explanation for the delay in filing the reporter's record is her workload; (4) Ms. Hazlewood requested thirty days from the April 14, 2014 findings to file the reporter's record; and (5) the clerk's record can be filed within thirty days of the April 14, 2014 findings.

We **ORDER** Sharon Hazlewood, official court reporter of the Criminal District Court No. 7, to file, within **THIRTY DAYS** of the date of this order, the complete reporter's record,

including exhibits.  If the record is not filed within that time, the Court will utilize the available remedies, including ordering that Ms. Hazlewood not sit as a court reporter until the record is filed in this appeal.

We **ORDER** the Dallas County District Clerk to file the clerk's record in this appeal within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, official court reporter, Criminal District Court No. 7; Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE